

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, DC 20224

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN THE MATTER OF:

Elizabeth Rene Sherman                                DOCKET # 12-50374
64 Meriwether Circle
Stuarts Draft, VA 24477                               CHAPTER   13

WITHDRAWAL OF PROOF OF CLAIM FOR INTERNAL REVENUE TAXES

The Internal Revenue Service filed a proof of claim on May 23, 2012 in the amount of $978.28. This is to advise you we wish to withdraw claim number 1-2.

*/s/ Madelyn McClendon*
 Madelyn Mcclendon
 Bankruptcy Specialist
 Badge Number 54-04494

Dated at Richmond, Virginia,
this 27th day of June , 2012