# Scott | Kroner PLC
Attorneys at Law

W. Stephen Scott
Robert J. Kroner
Neal L. Walters
C. Lamar Garren
—
Rebecca C. Hryvniak

418 East Water Street
P.O. Box 2737
Charlottesville, Virginia 22902
Phone (434) 296-2161
Facsimile (434) 293-2073

December 4, 2013

Clerk, United States Bankruptcy Court
Western District of Virginia
1101 Court St., Room 166
Lynchburg, VA 24504

    Re:    Case No.12-50374– In re Elizabeth Sherman
             Proof of Claim #5

Dear Clerk,

    We represent Augusta Health a creditor in this proceeding that filed a proof of claim on May 17, 2012. Recently, the debtor's insurer paid the amount owed in full. Therefore, Ms. Sherman no longer owes the debt to Augusta Health and Augusta Health hereby withdraws its previously filed proof of claim.

                                                              Sincerely,

                                                             Neal L. Walters

\\MACSERVER\SHARED\SK FILES\NEAL\DOCUMENTS\CLIENT FILES\COLLECTIONS\FIRM\AMC\LTR RE AMENDED POC.DOCX